**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER DANNY NIXON,

       Plaintiff,

-vs-                                                  Case No. 3:13-cv-495-J-34TEM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris's Report and Recommendation (Dkt. No. 8; Report), entered on August 14, 2013. In the Report, Magistrate Judge Morris recommends that Defendant's Motion to Dismiss (Dkt. No. 6) be granted. (Report at 5). Plaintiff has filed no objection to the Report, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 8) of Magistrate Judge Morris is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss (Doc. No. 6) is **GRANTED**. This case is dismissed for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to terminate all deadlines and pending motions, and close the file

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of September, 2013

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

i24

Copies to:

The Honorable Thomas E. Morris
United States Magistrate Judge
Counsel of Record